### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., as Indenture Trustee, <br><br> Plaintiff, <br><br> v. <br><br> SALEM NURSING & REHAB CENTER OF REFORM, INC., THE MEDICAL CLINIC BOARD OF THE CITY OF REFORM, ALABAMA, and ALTACARE CORPORATION, <br><br> Defendants. | Case No. 2:11-cv-01509-TMP |

### FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF ACCOUNTANT'S FEES AND EXPENSES

*Part I: Cover Sheet*

1. Name of Applicant:   Elliott Davis Decosimo LLC, f/k/a Joseph Decosimo and Company, PLLC
   P.O. Box 11453
   Chattanooga, TN 37401

2. Date of Order Appointing Receiver (the "Order"): March 18, 2014.

3. For: Professional Services Provided by Applicant.

4. This is a Final Application.

5. Period for Which Compensation is Sought: August 7, 2014 through January 3, 2018 (the "Application Period").

   (a) Amount of Fees Previously Approved During Application Period For Which Applicant Seeks Final Approval:   $8,824.00

   (b) Amount of Expenses Previously Approved During Application Period For Which Applicant Seeks Final Approval:   None.

6.  Excluding the instant Application, the aggregate amount of fees and expenses requested but not yet approved to date: $0.00.

7.  The aggregate amount of fees and expenses requested and already paid: $8,824.00.

8.  The aggregate amount of fees and expenses requested but not yet paid to date: $0.00.

### *Part II: Narrative Summary*

1.  By this Application, Applicant is seeking final approval of all fees and expenses previously approved by this Court during the Application Period. By authority granted in the Order, Derek Pierce of Healthcare Management Partners, LLC, as court-appointed Receiver (the "Receiver"), retained the accounting firm of Elliott Davis Decosimo LLC, f/k/a Joseph Decosimo and Company, PLLC ("Decosimo" or "Applicant"), to assist in the fulfillment of the Receiver's duties under the Order. Applicant has provided substantial accounting services to the Receiver during the Application Period in connection with the Receiver's service in the above-stated matter, including on issues with payroll taxes, federal receivership tax filing issues for tax-exempt organizations, tax planning, discussions and negotiations with the IRS, consultation on tax issues related to asset sales, research regarding taxes and filing obligations in federal receiverships, and preparation of a memorandum on tax issues. A summary of matters performed by Applicant's professionals in this case attached as Exhibit 1 to Applicant's First Application to Allow Payment of Accountant's Fees and Expenses [Doc. No. 106] (the "First Fee Application").

2.  Applicant and the Receiver request that the Court approve, on a final basis, the fees and expenses requested in the First Fee Application.

3.  Applicant and the Receiver submit this Application pursuant to the Order. Applicant has assisted the Receiver in the above-stated matter in his ability to dutifully fulfill his obligations pursuant to the Order and to bring tangible value to the Receivership Estate. Applicant's assistance and advice justifies the compensation requested.

Respectfully submitted this the 4th day of January, 2018.

*s/ J. Leland Murphree*
J. Leland Murphree
One of the Attorneys for the Receiver

**OF COUNSEL:**

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the following parties via U.S. Mail, and/or electronically through the CM/ECF system on this the 4th day of January, 2018.

**VIA ECF:**

Lee Benton
Benton & Centeno, LLP
2019 Third Avenue North
Birmingham, Alabama 35203

Larry B. Childs
WALLER LANSDEN DORTCH & DAVIS, LLP
1901 Sixth Avenue North, Suite 1400
Birmingham, AL 35203

Ryan K. Cochran
Blake Roth
Kathleen Steinberg
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN 37219

Kelley Askew Gillikin
Assistant Counsel
Alabama Department of Revenue
3114 Gordon Persons Building
50 North Ripley Street
P.O. Box 320001
Montgomery, AL 36130-0001

**VIA U.S. MAIL:**

William Thomas
Internal Revenue Service
1919 Smith – Stop 5022 HOU
Houston, TX 77002

Internal Revenue Service
Insolvency Office
801 Broadway - Mail Stop 146
Nashville, TN 37203-3816

United States Attorney
Northern District of Alabama
Attn: Richard O'Neal
1801 4th Avenue North
Birmingham, Alabama 35203

Alabama Department of Revenue
Collection Services Division
50 North Ripley St
Montgomery, AL 36132

Reed Bates
Starnes Davis Florie LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, AL 35259

Alabama Department of Revenue
Collection Services Division
PO Box 327820
Montgomery, AL 36132

Alabama Department of Revenue
Sales and Use Tax Division
50 North Ripley St
Montgomery, AL 36132Alabama

Department of Revenue
Sales and Use Tax Assessment Unit
PO Box 327720
Montgomery, AL 36132

John A. Somerville, IV
Revenue Commissioner of
Pickens County
P.O. Box 447
Carrolton, AL 35447

4

*s/ J. Leland Murphree*
Of Counsel

## VERIFICATION

STATE OF Tennessee )
                   )
COUNTY OF Hamilton )

William Russell, being duly sworn upon oath, deposes and says: a) I am the Senior Manager of Elliott Davis Decosimo LLC, f/k/a Joseph Decosimo and Company, PLLC ("Decosimo" or "Applicant"), accountant to Derek Pierce of Healthcare Management Partners, LLC, as court-appointed Receiver (the "Receiver") in the above-captioned case, and on oath state that I am authorized to execute the above and foregoing application for allowance of fees and expenses on behalf of Applicant; b) that not all of the facts stated herein are within my personal knowledge; c) the facts stated herein have been assembled by authorized employees of Applicant and counsel for the Receiver; and d) that subject to the limitations set forth herein, I affirm that the facts contained herein are true and correct.

_____
Notary Public
My commission expires: _____

Verification