FILED
2018 Jan-25  AM 10:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., as Indenture Trustee, </br></br>   Plaintiff, </br></br> v. </br></br> SALEM NURSING & REHAB CENTER OF REFORM, INC., THE MEDICAL CLINIC BOARD OF THE CITY OF REFORM, ALABAMA, and ALTACARE CORPORATION, </br></br>   Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 2:11-cv-01509-TMP |

ORDER APPROVING FINAL APPLICATION FOR ALLOWANCE
AND PAYMENT OF ACCOUNTANT'S FEES AND EXPENSES

This case is before the Court on the Final Application for Allowance and Payment of Accountant's Fees and Expenses [Doc. 152] (the "Application"), filed by Elliott Davis Decosimo LLC, f/k/a Joseph Decosimo and Company, PLLC, for services rendered to Derek Pierce of Healthcare Management Partners, LLC, as court appointed Receiver (the "Receiver"), pursuant to this Court's March 18, 2014 Order Appointing Receiver (the "Receiver Order"). No Opposition to the Application has been presented to the Court.

After considering the nature and extent of the services rendered, determining the value of those services and considering authority granted in the Receiver Order and applicable law, the Court finds the fees and expenses set forth in the Application to be reasonable and beneficial to the Receivership Estate and are due to be paid to the Receiver from assets of the Receivership Estate.

1

Accordingly, the Application is hereby GRANTED and APPROVED, and the Court hereby DIRECTS that the Receiver may disburse funds to itself from the Receivership Estate in the aggregate amount of $8,824.00.

**DONE** and **ORDERED** on January 25, 2018.

_____
T. MICHAEL PUTNAM
UNITED STATES MAGISTRATE JUDGE