FILED
2018 Jan-25  AM 10:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., as Indenture Trustee, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 2:11-cv-01509-TMP ) |
| SALEM NURSING & REHAB CENTER OF REFORM, INC., THE MEDICAL CLINIC BOARD OF THE CITY OF REFORM, ALABAMA, and ALTACARE CORPORATION, | ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER APPROVING SIXTH INTERIM AND FINAL APPLICATION FOR COMPENSATION AND EXPENSES FOR MAYNARD, COOPER & GALE, P.C.**

This case is before the Court on the Sixth Interim and Final Application for Compensation and Expenses for Maynard, Cooper & Gale, P.C. [Doc. 154] (the "Application"), filed by Maynard Cooper & Gale, P.C. (the "Applicant"), for services rendered to Derek Pierce of Healthcare Management Partners, LLC, as court appointed Receiver (the "Receiver"), pursuant to this Court's March 18, 2014 Order Appointing Receiver (the "Receiver Order"). There is no opposition to the Application.

After considering the nature and extent of the services rendered, determining the value of those services and considering authority granted in the Receiver Order and the twelve factors adopted by the Eleventh Circuit in *Grant v. Schumann Tire & Battery Co.*, 908 F.2d 874 (11th Cir. 1990)[1] and *Norman v. The Housing Auth. of the City of Montgomery*, 836 F.2d 1292 (11th Cir. 1988), the Court finds the fees and expenses set forth in the Application to be reasonable

---

[1] Fifth Circuit decisions issued prior to October 1, 1981, constitute binding precedent in the Eleventh Circuit. *Bonner v. City of Prichard*, 661 F.2d 1206, 1210 (11th Cir.1981).

and beneficial to the Receivership Estate and are due to be paid to the Applicant from assets of the Receivership Estate.

Accordingly, the Application is hereby GRANTED and APPROVED, and the Court hereby DIRECTS that the Receiver may disburse funds from the Receivership Estate in the aggregate amount of $8,925.50 to Maynard Cooper & Gale, P.C.

**DONE** and **ORDERED** on January 25, 2018.

T. MICHAEL PUTNAM
UNITED STATES MAGISTRATE JUDGE