# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

**THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.,**

**Plaintiff,**

v.

**SALEM NURSING & REHAB CENTER OF REFORM, INC., THE MEDICAL CLINIC BOARD OF THE CITY OF REFORM, ALABAMA, and ALTACARE CORPORATION,**

**Defendants.**

Case No. 2:11-cv-01509

## CERTIFICATE PURSUANT TO ORDER GRANTING JOINT MOTION TO TERMINATE AND DISCHARGE RECEIVER AND RELATED RELIEF

On December 13, 2017, the Court entered an *Order Granting Joint Motion to Terminate and Discharge Receiver and Related Relief* [Docket No. 149] (the "Termination Order"). Pursuant to the terms of the Termination Order, Derek Pierce of Healthcare Management Partners, LLC, as court-appointed receiver (the "Receiver"), certifies as follows:

1. To the best of the Receiver's knowledge, the Receiver has fulfilled all of his obligations under the Receivership Order.

2. The Receiver has paid all approved, final Receivership Estate professional fees and expenses.

04315986.1

3. The Receiver has paid the balance of funds in the Receivership Estate after payment of all approved, final Receivership Estate professional fees and expenses to the Indenture Trustee.

Respectfully submitted this the 29th day of January, 2018.

/s/ Ryan D. Thompson
J. Leland Murphree
Ryan D. Thompson
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203
Phone:    (205) 254-1000
Fax:       (205) 254-1999
E-mail:
lmurphree@maynardcooper.com
rthompson@maynardcooper.com

*Counsel for the Receiver*

04315986.1