FILED
2018 Jan-30  AM 09:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., as Indenture Trustee, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 2:11-cv-01509-TMP ) |
| SALEM NURSING & REHAB CENTER OF REFORM, INC., THE MEDICAL CLINIC BOARD OF THE CITY OF REFORM, ALABAMA, and ALTACARE CORPORATION, | ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Before the Court is the court-appointed receiver's Certificate Pursuant to Order Granting Joint Motion to Terminate and Discharge Receiver and Related Relief filed on January 29, 2018. (Doc. 162). Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED, that the above-styled action and all claims stated therein are DISMISSED WITH PREJUDICE.

Although an order is unnecessary, pursuant to the Order dated December 13, 2017, the Receivership is TERMINATED, and the court-appointed receiver is DISCHARGED from any further responsibilities under the Receivership, except as listed in Paragraph 12.(iii) of Order dated December 13, 2017. (Doc. 149, ¶ 12).

**DONE** and **ORDERED** on January 30, 2018.

T. MICHAEL PUTNAM
UNITED STATES MAGISTRATE JUDGE